IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ALBERT D. SEENO, JR.,**<br><br>　　　　　**Plaintiff,**<br><br>　　vs.<br><br>**TAD J. PUCKETT, d/b/a**<br>**WHITE ELK RANCH,**<br><br>　　　　　**Defendant.** | **7:14CV5003**<br><br>**ORDER** |

　　　The courts records show the Office of the Clerk of Court sent a letter on May 28, 2014 (Filing No. 12) to:

　　　　　　　Nathaniel J. Mustion
　　　　　　　MOUSEL, GARNER LAW FIRM
　　　　　　　101 West C Street
　　　　　　　McCook, NE 69001

The letter directed the attorney to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System (System), as required by NEGenR 1.3, within fifteen days.  As of the close of business on July 21, 2014, the attorney has not complied with the request set forth in the letter from the Office of the Clerk.

　　　**IT IS ORDERED:**

　　　**On or before August 8, 2014**, attorney Nathaniel J. Mustion shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court.  Failure to comply with this order will result in the court removing Mr. Mustion as counsel of record for the defendant.

　　　Dated this 22nd day of July, 2014.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge