IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALBERT D. SEENO,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TAD J. PUCKETT,<br><br>　　　　　　Defendant. | 7:14CV5003<br><br>ORDER |

　　　This matter is before the court on defendant's motion to dismiss, Filing No. 10, and subsequently, defendant's motion to withdraw his motion to dismiss, Filing No. 16. The court has carefully reviewed the motions and find the motion to withdraw should be granted.

　　　TEHREFORE, IT IS ORDERED:

　　　1.　Defendant's motion to withdraw his motion to dismiss, Filing No. 16, is granted.

　　　2.　Defendant's motion to dismiss, Filing No. 10, is denied as moot.

　　　Dated this 11th day of September, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　United States District Judge